```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 63249
     GLENN E SIMMONS
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
      SSN XXX-XX-7182


------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/31/05 and confirmed on 03/09/06.

     2.  The case was dismissed after confirmation, 01/08/2009.

     3.  The Debtor paid a total of $  32965.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
HSBC MORTGAGE CORP        CURRENT MORTG        .00           .00           .00
HSBC MORTGAGE CORP        SECURED              .00           .00           .00
CROGHAN COLONIAL BANK     SECURED VEHIC    23300.00       1901.62      17422.53
CROGHAN COLONIAL BANK     SECURED VEHIC    10500.00        756.51       8772.57
INTERNAL REVENUE SERVICE  PRIORITY         13963.29          .00           .00
AMERICASH LOANS           UNSECURED         1958.01          .00           .00
ACTION CARD MASTERCARD P  UNSECURED         1851.71          .00           .00
AXCESS RCVRY & CREDIT SO  UNSECURED         1515.00          .00           .00
VILLAGE OF NAPERVILLE     UNSECURED        NOT FILED         .00           .00
DISTRICT FINANCIAL SERV   UNSECURED        NOT FILED         .00           .00
EDWARD HOSPITAL           UNSECURED        NOT FILED         .00           .00
FAST CASH ADVANCE         UNSECURED          450.84          .00           .00
INSTANT CASH ADVANCE      UNSECURED        NOT FILED         .00           .00
INTERNAL REVENUE SERVICE  UNSECURED        48547.06          .00           .00
GEORGE TAGLER             UNSECURED        22489.00          .00           .00
ILLINOIS LENDING CORP     UNSECURED          914.08          .00           .00
RESURGENT CAPITAL SERVIC  UNSECURED         1354.92          .00           .00
SHORT TERM LOAN           UNSECURED          660.00          .00           .00
INTERNAL REVENUE SERVICE  SECURED           2551.00        341.72       2273.53
B LINE LLC                UNSECURED         1789.96          .00           .00
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------------
CROGHAN COLONIAL BANK     UNSECURED         4197.70          .00           .00
CROGHAN COLONIAL BANK     UNSECURED         4680.99          .00           .00
          Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  36351.00     13963.29     90409.27         .00      140723.56
```

```
PRINCIPAL PAID          28468.63          .00          .00          .00     28468.63
INTEREST PAID            2999.85          .00          .00          .00      2999.85
TOTAL PAID              31468.48          .00          .00          .00     31468.48
```

The Debtor's attorney, ERNESTO D BORGES JR          , was allowed $   2800.00 and was paid $    300.00   direct and $      .00   through the plan.

The Trustee received $   1496.52 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/16/09                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE






                              PAGE   2
        CASE NO. 05 B 63249 GLENN E SIMMONS